# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERAN SORUM**
**ADC #163713**                                                                                 **PETITIONER**

v.                          Case No. 4:20-cv-00547 KGB-PSH

**DEXTER PAYNE**                                                                                **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Jeran Sorum's petition for a writ of *habeas corpus* is denied (Dkt. No. 1). In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court declines to issue a certificate of appealability. The Court denies the requested relief.

It is so adjudged this 30th day of September, 2022.

_____
Kristine G. Baker
United States District Judge